UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20806-CR-UNGARO

UNITED STATES OF AMERICA,

v.

MORRIS HENDERSON,

    Defendant.
_____/

**ORDER ON REPORT AND RECOMMENDATION**

    THIS CAUSE is before the Court upon Magistrate Judge Garber's Amended Report and Recommendation on Change of Plea, issued June 7, 2011. (D.E. 156.)

    THE COURT has considered the Report and the pertinent portions of the record and is otherwise fully advised in the premises.

    With the consent of the parties, District Judge James Lawrence King referred this cause to Magistrate Judge Garber for the acceptance of a guilty plea.[1] Magistrate Judge Garber conducted a complete plea colloquy and advised Defendant of the rights he would forego by changing his plea and the possible consequences of doing so. Defendant acknowledged that he understood his rights and wished to plead guilty to Count 1 of the Indictment, which charges Defendant with conspiracy to import a controlled substance into the United States, in violation of Title 21, United States Code, Section 952(a) and in violation of Title 21, United States Code, Section 963. The Government filed a factual basis for the guilty plea, executed by the Government, as well as Defendant and his counsel. Magistrate Judge Garber recommends that Defendant be found to

---

    [1] Subsequently, the undersigned accepted the transfer of Defendant Henderson's case.

have freely and voluntarily entered his guilty plea to Count 1 of the Indictment, that his plea be accepted, and that he be adjudicated guilty of that offense.  (D.E. 156.)

The parties were afforded the opportunity to file objections to the Magistrate Judge's Report; no objections were filed.  This matter is now ripe for review.  It is

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 156) is RATIFIED, ADOPTED, AND AFFIRMED:  Defendant has freely and voluntarily entered his guilty plea to Count 1 of the Indictment, his plea is accepted, and he is adjudicated guilty of that offense.  It is further

ORDERED AND ADJUDGED that sentencing on this matter **SHALL be held on Wednesday, July 6, 2011 at 10:30 a.m.**  It is further

ORDERED AND ADJUDGED that <u>detailed</u> Objections to the Presentence Investigation Report SHALL BE FILED no later than July 1, 2011.

DONE and ORDERED in Chambers, at Miami, Florida this 21st day of June, 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of record